UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

September 2, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210
Attn: Ms. Donna Barchard

RE: CA 01-079ML CCA# **02-1859**

USA v. Richard A. Gambaro

Dear Clerk of Court:

Per your request enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL, i.e., a certified copy of the defendant's Motion for Downward Departure (this motion was forwarded directly to Chambers and was not made part of the court file), and the government's response to same.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: J. Duhamel
John Duhamel
DEPUTY CLERK

encl: Certified Docket
**Deft's M/Downward Departure; Govt's Response**