# United States Court of Appeals
## For the First Circuit
## MANDATE

No. 02-1859
01-79
J. Lisi

UNITED STATES OF AMERICA,

Appellee,

v.

RICHARD A. GAMBARO,

Defendant, Appellant.

Certified and Issued as Mandate under Fed. R. App. P. 41.
Richard Cushing Donovan, Clerk
Deputy Clerk
Date: OCT 13 2005

---

**JUDGMENT**

Entered: September 22, 2005

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is summarily affirmed.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: David A. Silverman, Esq., Donald C. Lockhart, Esq., Kenneth P. Madden, Esq. and Craig N. Moore, Esq.]